No. 572. PEREZ *v.* BROWNELL, ATTORNEY GENERAL. Certiorari, 352 U. S. 908, to the United States Court of Appeals for the Ninth Circuit. Argued May 1, 1957. This case is restored to the calendar for reargument. *Charles A. Horsky, Fred Okrand, A. L. Wirin, Jack Wasserman* and *Salvatore C. J. Fusco* for petitioner.

*Solicitor General Rankin, Assistant Attorney General Olney, Oscar H. Davis* and *J. F. Bishop* for respondent. *John W. Willis* filed a brief for Mendoza-Martinez, as *amicus curiae,* in support of petitioner.

